**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| QUALITY THERMOFORMING, INC.,<br>Plaintiff | : | [redacted] 05 227 S |
| V. | : | C.A. No. ______________ |
| PROTECTIVE PACKAGING, INC.,<br>Defendant | : | |

## COMPLAINT

### Nature of the Action

1. Quality Thermoforming, Inc. brings this action to collect upon a series of unpaid invoices for custom-manufactured goods purchased by and delivered to the defendant, Protective Packaging, Inc., for damages relating to the actions, conduct, and wrongful communications of the defendant, and for injunctive and declaratory relief.

### The Parties

2. Quality Thermoforming, Inc. ("Quality") is a corporation organized and existing under the laws of the State of Rhode Island, and maintains its principal place of business at 25 James Murphy Highway, in West Warwick, Rhode Island. Quality designs, manufactures, and sells custom plastic packaging for industrial customers who use such materials in the packaging, sale, and delivery of varied consumer goods.

3. Protective Packaging, Inc. ("Protective") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, and maintains its principal place of business in Gloucester, Massachusetts. Protective also

maintains facilities in Holliston, Massachusetts. Protective deals in packaging materials of various kinds, buying and re-selling such material to its customers.

**Jurisdiction and Venue**

4. This court has jurisdiction pursuant to 28 U.S.C 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000.00 (seventy-five thousand dollars), exclusive of interest and costs.

5. The defendant purchased product manufactured and shipped by the plaintiff in Rhode Island and has otherwise had significant contact with and within the State of Rhode Island so as to be subject to this Court's *in personam* jurisdiction.

6. Venue is appropriate in this District.

**Facts Giving Rise to This Action**

7. In approximately 2003, Quality began producing quantities of plastic "clamshell" packaging for a consumer medical thermometer manufactured by a company known as Exergen, Inc., of Watertown, Massachusetts. Exergen worked with Quality to design, test, and develop the custom packaging, and Quality expended considerable time and money developing specialty tools to produce the Exergen packaging. Exergen at the time directed Quality to sell the goods to defendant Protective, however, as Protective was supplying other components for the product package and was storing them in quantity at its warehouse until needed for assembly by Exergen.

8. Protective was to resell, and in fact did resell, the packaging material to Exergen at a premium, i.e., at a price higher than that paid to Quality.

9. Protective issued a series of written purchase orders to Quality for hundreds of thousands of the clamshell packages during 2003 and 2004. Quality supplied

the product as ordered and issued invoices to Protective which, during that time-frame, paid Quality according to the terms of the invoices.

10. In January 2005, Protective issued two further written purchase orders to Quality for the purchase of more units of the clamshell packaging (the "Purchase Orders"). The Purchase Order forms were Protective's own documents, were signed by Protective in Massachusetts, and were faxed from Protective in Massachusetts. The Purchase Orders recited the unit price and stated payment terms of "net 30 days." Protective thereby agreed to pay Quality for the clamshell packages at the rate stated therein and to do so within thirty (30) days. True and accurate copies of the 2005 Purchase Orders are attached to this Complaint as *Exhibit A*. The Purchase Orders directed delivery of the product in lots to Protective in Massachusetts "as completed."

11. Quality accepted the Purchase Orders and, in the weeks following their receipt, produced and delivered to Protective more than 200-thousand of the clamshell packaging sets. As directed to do on the Purchase Orders, Quality shipped product in several shipments "as completed." Quality rendered an invoice to Protective after each shipment. True and accurate copies of the invoices at issue in this action (the "Outstanding Invoices") are attached to this Complaint as *Exhibit B*. As the invoices state, and consistent with Protective's own Purchase Orders, payment for each invoice was due within thirty (30) days, and interest on amounts past due was to accrue at the rate of one-and-one-half percent (1 ½ %) per month.

12. Despite demand from Quality, Protective has failed and refused to pay Quality on the Outstanding Invoices. Upon information and belief, Protective has resold to Exergen all of the clamshell packaging material manufactured by Quality, and

Protective has been receiving payments from Exergen for that material as payments have become due.

**COUNT I**
**BREACH OF CONTRACT**

13. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

14. Quality and Protective contracted for the purchase and provision of clamshell packaging material. The pricing, conditions, payment and other essential terms are those reflected on the Purchase Orders and the invoices between the parties.

15. Quality performed all conditions precedent, if any, necessary to entitle it to full performance by Protective under the contract.

16. Protective breached its contractual obligations to Quality by failing to pay the amounts due under the agreement as reflected in the invoices. As a result of this breach, Quality has been harmed.

WHEREFORE, Quality Thermoforming, Inc. requests that judgment enter in its favor against Protective Packaging, Inc. in the amount of $65,880, plus interest as provided in the agreement, costs, and reasonable attorneys' fees as allowed under R.I. Gen. Laws § 9-1-45.

**COUNT II**
**BOOK ACCOUNT**

17. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

18. The Outstanding Invoices total $65,880. Protective is liable to Quality in that amount on this book account, plus interest as provided under the

agreement.

WHEREFORE, Quality Thermoforming, Inc. requests that judgment enter in its favor against Protective Packaging, Inc. in the amount of $65,880, plus interest as provided in the agreement, costs, and reasonable attorneys' fees as allowed under R.I. Gen. Laws § 9-1-45.

**COUNT III**
**UNJUST ENRICHMENT**

19. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

20. Protective purchased and received the goods from Quality as described herein.

21. Protective has been enriched at the expense of Quality without compensating Quality, and it would be unjust to permit Protective to retain this benefit without fully compensating Quality for the reasonable value of the goods.

22. As a result of the unjust enrichment by Protective, Quality has been harmed.

WHEREFORE, Quality Thermoforming, Inc. requests that judgment enter in its favor against Protective Packaging, Inc. in an amount to be determined by the Court at trial, but in no amount less than $65,880, plus interest as provided in the agreement, costs, and reasonable attorneys' fees as allowed under R.I. Gen. Laws § 9-1-45.

**COUNT IV**
**INTENTIONAL INTERFERENCE WITH CONTRACT AND WITH PROSPECTIVE CONTRACTUAL RELATIONS**

23. The plaintiff repeats and realleges each preceding paragraph as if

specifically set forth herein.

24. Exergen has placed orders with Quality directly for the continued purchase of the clamshell packaging material for its product. Quality has a reasonable expectation that Exergen will continue ordering the clamshell packaging from it in the future. Protective is aware that Exergen has been purchasing product directly from Quality, and was in fact informed ahead of time that this would occur.

25. Protective contacted and communicated with Exergen and complained, among other things, that Quality had been unethical and dishonest. Protective claimed Quality promised it payments for business that Exergen has awarded Quality. These statements to Exergen, among others, are false and misleading statements of fact. Protective also threatened Exergen with legal action.

26. The statements complained of herein where intended to malign and cast doubt over the integrity and business reputation of Quality, and to interfere with the relationship between Exergen and Quality. Protective knew such statements to be false and/or misleading at the time they were made. The statements were additionally aimed at attempting to coerce Exergen to continue buying product from or through Protective.

27. The conduct and actions of Protective described above were malicious, unjustified, and constitute an intentional interference with Quality's contractual and/or advantageous business relations. The conduct and actions described herein have tainted and diminished Quality's business good will and have caused it irreparable harm.

WHEREFORE, Quality Thermoforming, Inc. requests that judgment enter in its favor against Protective Packaging, Inc. in an amount to be determined by the Court

at trial, plus costs and reasonable attorneys' fees.

## COUNT V
## VIOLATIONS OF MASSACHUSETTS CHAPTER 93A

28. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

29. Quality is engaged in the conduct of trade and commerce.

30. Protective is engaged in the conduct of trade and commerce.

31. Protective has, at all times relevant to the claims in this action, operated from offices located in Gloucester, Massachusetts and facilities in Holliston, Massachusetts. Protective's conduct, actions, wrongful communications, decisions, and implementation of the decisions as recited herein have occurred primarily and substantially within the Commonwealth of Massachusetts.

32. The actions of Protective as herein described constitute unfair methods of competition and unfair and deceptive acts and practices within the meaning of Massachusetts General Laws, Chapter 93A §1 et seq., and defendant is liable under M.G.L. Ch. 93A §11. As a direct and proximate result of Protective's actions and omissions, Quality has been damaged.

33. The wrongful acts and omissions of defendant were willful and knowing violations of M.G.L. Ch. 93A §1 et seq. entitling Quality to not less than two and up to three times its actual damages, as such actual damages will be proven at trial.

WHEREFORE, Quality Thermoforming, Inc. requests that judgment enter in its favor against Protective Packaging, Inc. in an amount to be determined by the Court at trial, but in no amount less than twice and not more than three times its actual

damages, plus interest as provided in the agreement, costs, and reasonable attorneys' fees.

## COUNT VI
## DECLARATORY JUDGMENT

34. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

35. An actual case in controversy exists between Quality and Protective in that Protective has made specific claims against Quality directly to Quality and to others demanding damages and other remedial action, and in that Quality contends that such claims are without merit.

36. This Court, through this action, has the power and authority to declare the rights of the parties and to settle the controversies between them in their entirety.

WHEREFORE, Quality requests that the Court determine the rights of the parties and enter judgment in favor of Quality and against Protective as follows:

a. Declaring that Protective hold no interest in or to any revenue, profits, or proceeds of Quality;

b Declaring that Protective has no right to an accounting of Quality's revenue or operation;

c. Declaring that Quality has not breached any element of any agreement with Protective;

d. Declaring that the obligations of Quality under prior purchase orders have been fully discharged and;

e. Awarding Quality the costs and reasonable attorney's fees made necessary by the institution and maintenance of this action.

**JURY TRIAL**

Plaintiff hereby demands a jury trial for all issues so triable.

Dated: May 23, 2005

QUALITY THERMOFORMING, INC.

By Its Counsel,

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

# Purchase Order

**ORDERED BY:**
Protective Packaging, Inc.
100 Main Street
P.O. Box 629
Gloucester, MA 01931-0629

Attn Carol

FAXED

Purchase Order No.
8399

Date Issued
1/6/05

(A)

To:
QUALITY THERMOFORMING INC
25 JAMES MURPHY HIGHWAY
WEST WARWICK, RI 02893

#401-826-2489

Ship To:
Protective Packaging, Inc.
TO PICK UP
AS COMPLETED

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 1/6/05 | Best Way | 758949-00 | Net 30 Days |

| Quantity | Item | Description | Unit Cost | Extension |
|---|---|---|---|---|
| 100,000.00 | COR-XGN 828099 | 828099: TEMPORAL ARTERY THERMOMETER 2 PC CLAMSHELL: .025 MIL BLUE TINT PVC | 0.30 | 30,500.00 |
| 100,000.00 | COR-XGN 828099 B | 828099: TEMPORAL ARTERY THERMOMETER 2 PC CLAMSHELL: .025 MIL BLUE TINT PVC | | |
| | | REQUESTED PICK UP DATE IS 01/21/05 | OK | |
| | | TO PICK UP IN PARTIALS | | |
| | | THANK YOU | | |
| | | | **TOTAL** | $30,500.00 |

Authorized Signature Bethany

Thank You for the order.
Carol

# Purchase Order

**ORDERED BY:**
Protective Packaging, Inc.
100 Main Street
P.O. Box 629
Gloucester, MA 01931-0629

Attn Carol

Purchase Order No.
8444

Date Issued
1/27/05

**To:**
QUALITY THERMOFORMING INC
25 JAMES MURPHY HIGHWAY
WEST WARWICK, RI 02893

#401-826-2489

**Ship To:**
Protective Packaging, Inc.
TO PICK UP
AS COMPLETED

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 1/27/05 | Cust. Pickup | 758949-00 | Net 30 Days |

| Quantity | Item | Description | Unit Cost | Extension |
|---|---|---|---|---|
| 100,000.00 | COR-XGN 828099 Fonts | 828099: TEMPORAL ARTERY THERMOMETER 2 PC CLAMSHELL: .025 MIL BLUE TINT PVC | 0.305 | 30,500.00 |
| 100,000.00 | COR-XGN 828099 Backs | 828099: TEMPORAL ARTERY THERMOMETER 2 PC CLAMSHELL: .025 MIL BLUE TINT PVC | OK | |
| | | WE CAN PICK THESE UP AS COMPLETED - MIDDLE OF FEBRUARY WILL BE FINE | | |
| | | THANK YOU | | |

Thank You for the order.
Carol.

**TOTAL** $30,500.00

**Authorized Signature** Bethany

Fx#978-283-9237

QUALITY THERMOFORMING, INC.
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE PAGE 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00009009 | 02/02/05 |

SOLD TO:
PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO:
PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8399 | 02/02/05 | 02/02/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 03/04/05 | PACK SLIP # S126918,126919 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 828099 | 100000 | 27000 | 2 PC. CLAMSHELL SETS | .3050 | 8,235.00 |

A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE.

MESSAGE: RELEASE COMPLETE

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 8,235.00 |

(3)

QUALITY THERMOFORMING, INC.
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE

PAGE 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00900901 | 02/09/05 |

SOLD TO: PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO: PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8399 | 02/09/05 | 02/09/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 03/11/05 | PACK SLIP # S126924+126925 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 828099 | 27000 | 27000 | 2 PC. CLAMSHELL SETS | .3050 | 8,235.00 |

A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE.

MESSAGE: RELEASE COMPLETE

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 8,235.00 |

QUALITY THERMOFORMING, INC.
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE

PAGE 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00900902 | 02/22/05 |

SOLD TO:
PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO:
PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8399 | 02/22/05 | 02/22/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 03/24/05 | PACK. SLIP # S 126942+126943 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 828099 | 100000 | 27000 | 2 PC. CLAMSHELL SETS | .3050 | 8,235.00 |

A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE.

MESSAGE: RELEASE COMPLETE

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 8,235.00 |

**QUALITY THERMOFORMING, INC.**
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00900903 | 02/24/05 |

SOLD TO:
PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO:
PROTECTIVE PACKAGING, INC
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8399 | 02/24/05 | 02/24/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 03/26/05 | PACKING SLIP #126949 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 828099 | 27000 | 27000 | 2 PC. CLAMSHELL SETS | .3050 | 8,235.00 |

A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE.

MESSAGE: COMPLETE

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 8,235.00 |

**QUALITY THERMOFORMING, INC.**
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE PAGE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0009022 | 03/02/05 |

SOLD TO: PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO: PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8499 | 03/02/05 | 03/02/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 04/01/05 | PACK SLIP #'S 035008+035009 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 828099 | 100000 | 27000 | 2 PC. CLAMSHELL SETS | .3050 | 8,235.00 |
| | | | A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE. | | |

MESSAGE: RELEASE COMPLETE

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 8,235.00 |

INVOICE PAGE 1

QUALITY THERMOFORMING, INC.
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00902201 | 03/15/05 |

SOLD TO: PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO: PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8499 | 03/15/05 | 03/15/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 04/14/05 | PACK SLIP #'S 035023,035024 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 828099 | 100000 | 27000 | 2 PC. CLAMSHELL SETS | .3050 | 8,235.00 |

A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE.

MESSAGE: RELEASE COMPLETE

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 8,235.00 |

QUALITY THERMOFORMING, INC.
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE PAGE .

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00902202 | 03/23/05 |

SOLD TO:
PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO:
PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8499 | 03/23/05 | 03/23/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 04/22/05 | PACK SLIP #'S 035036+035037 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 628099 | 100000 | 27000 | 2 PC. CLAMSHELL SETS | .3050 | 8,235.00 |
| | | | A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE. | | |

MESSAGE: RELEASE COMPLETE

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 8,235.00 |

QUALITY THERMOFORMING, INC.
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE PAGE 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00902203 | 03/24/05 |

SOLD TO: PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P. O. Box 629
Gloucester, MA 01931-0629

SHIP TO: PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 8499 | 03/24/05 | 03/24/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | Net 30 | 04/23/05 | PACK SLIP # S 035038+035039 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 328099 | 100000 | 18000 | 2 PC. CLAMSHELL SETS | .3050 | 5,490.00 |

A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE.

MESSAGE: PARTIAL

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 5,490.00 |

QUALITY THERMOFORMING, INC.
25 James Murphy Hwy. West Warwick, Rhode Island 02893
(401) 823-5990 Fax (401) 826-2489

INVOICE PAGE 1

| INVOICE NO. | INVOICE DATE |
| --- | --- |
| 00903204 | 04/04/05 |

SOLD TO: PROTECTIVE PACKAGING, INC.
ATTN: ACCOUNTS PAYABLE
P.O. Box 629
Gloucester, MA 01931-0629

SHIP TO: PROTECTIVE PACKAGING, INC.
91 Kuniholm Drive
Holliston, MA 01746

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
| --- | --- | --- | --- | --- |
| 8499 | 04/04/05 | 04/04/05 | CUSTOMER PICK UP | COLLECT |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
| --- | --- | --- | --- |
| | Net 30 | 05/04/05 | PACK SLIP #'S 035046,047,04 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 823099 | 100000 | 9000 | 2 PC. CLAMSHELL SETS | .3050 | 2,745.00 |
| | | 21750 | FRONTS - REPLACEMENTS | | 0.00 |

A FINANCE CHARGE OF 1½% PER MONTH (18½ PER ANNUM) WILL BE CHARGED TO ALL BALANCES PAST DUE.

MESSAGE: COMPLETE

| | |
| --- | --- |
| SUBTOTAL | |
| SALES TAX | |
| SHIPPING | |
| TOTAL | 2,745.00 |