UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| QUALITY THERMOFORMING, INC.<br>Plaintiff,<br><br>v.<br><br>PROTECTIVE PACKAGING, INC.<br>Defendant. | CIVIL ACTION<br>NO. 05-227S |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter our appearance on behalf of defendant Protective Packaging, Inc.

By its attorneys,

Andrea Peraner-Sweet (RI Bar ID # 5241)
SALLY & FITCH LLP
56 Pine Street
Providence, RI 02903
(401) 521-6500

James B. Re (Mass. BBO # 413300)
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5542
(By Motion for Pro Hac Vice
Admission, to be filed)

Dated: June 23, 2005

CERTIFICATE OF SERVICE

I, Andrea Peraner-Sweet, hereby certify that a true copy of this document has been served via e-mail and regular mail, postage prepaid, upon Thomas R. Noel, Esquire, Noel & Gyorgy LLP, 50 South Main Street, Providence, R.I., on this 23rd day of June 2005.

Andrea Peraner-Sweet