UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

QUALITY THERMOFORMING, INC.
Plaintiff,

v.

PROTECTIVE PACKAGING, INC.
Defendant.

CIVIL ACTION
NO. 05-227S

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Quality Thermoforming, Inc. and defendant Protective Packaging, Inc. hereby stipulate that this matter is dismissed with prejudice and with all rights of appeal waived, and without costs to any party.

QUALITY THERMOFORMING, INC.

By its attorneys,

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400

PROTECTIVE PACKAGING, INC.

By its attorneys,

James B. Re (BBO #413300)
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts 02110-2804
(617) 542-5542

Dated: August 25, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/31/05